

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-26-00203-CV
_____

FELICIA TERRY, APPELLANT

V.

TC EASTCHASE GP LLC D/B/A TIDES AT EASTCHASE, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-010053-1, Honorable Don Pierson, Presiding

July 29, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellant, Felicia Terry, proceeding pro se, appeals from the trial court's *Final Default Judgment*.[1]  Appellant's brief was originally due June 26, 2026, but was not filed. By letter of July 6, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 16, 2026.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam